**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NU IMAGE, INC. | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CA. 1:11-cv-00301-RLW |
| | ) | |
| DOES 1 – 6,500 | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

## NOTICE OF FILING FIRST AMENDED COMPLAINT

Plaintiff submits this notice regarding the filing of its First Amended Complaint.  As

Plaintiff has not yet named any Defendant and has not yet served any Defendant with a

Summons and the Complaint, Plaintiff is within its right to file its First Amended Complaint

pursuant to Fed. R. Civ. P. 15(a)(1).

On May 4, 2011, Plaintiff's counsel emailed Plaintiff's First Amended Complaint and

corresponding Exhibit A to the Court's generic email address according to the Court's Electronic

Case Filing System (ECF) practices.  As stated in the First Amended Complaint and

corresponding Exhibit A, Plaintiff has identified 23,322 Doe Defendants by Internet Protocol

addresses and corresponding date and time of alleged infringement for which Plaintiff intends to

conduct discovery pursuant to the Court's Order of March 17, 2011 (Doc. No. 6).  The Doe

Defendants identified by IP address in the First Amended Complaint are associated with alleged

infringing activity occurring after the filing of the Complaint and are thus newly added

Defendants.

Respectfully submitted,
NU IMAGE, INC.

DATED:  May 4, 2011

By:    /s/                                       
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorneys for the Plaintiff*