# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NU IMAGE, INC**, <br><br> Plaintiff, <br><br> v. <br><br> **DOES 1- 23,322**, <br><br> Defendants. | Civil Action No. 11-cv-00301 (RLW) |

## ORDER

Having considered Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Docket No. 5), Plaintiff's Response to Order to Show Cause (Docket No. 10), and the entire record herein, it is hereby ORDERED:

That for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion is DENIED. The Court will entertain a motion by Plaintiff to serve Rule 45 subpoenas on the ISPs to obtain identifying information only for IP addresses that Plaintiff has a good faith basis to believe are reasonably likely to correspond to internet accounts located in the District of Columbia. Plaintiff can file a new motion for expedited discovery in accordance with the terms of this Order by August 15, 2011. This matter is scheduled for further hearing on August 25, 2011 at 9:30 A.M. If Plaintiff anticipates needing additional time to respond or otherwise comply with this Order, Plaintiff may file a motion to continue the above dates and may propose alternative dates for the further hearing after consulting with the Courtroom Deputy.

SO ORDERED.

Date: July 29, 2011

                                                                             /s/ <br>
                                                    Robert L. Wilkins <br>
                                                    United States District Judge