# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **NU IMAGE, INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  CA. 1:11-cv-00301-RLW |
| | ) |
| DOES 1 – 6,500 | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby gives notice that it voluntarily dismisses the case in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment.

                                        Respectfully submitted,
                                        NU IMAGE, INC.

DATED:  August 15, 2011

                            By:    /s/
                                        Thomas M. Dunlap (D.C. Bar # 471319)
                                        Nicholas A. Kurtz (D.C. Bar # 980091)
                                        DUNLAP, GRUBB & WEAVER, PLLC
                                        1200 G Street, NW Suite 800
                                        Washington, DC 20005
                                        Telephone: 202-316-8558
                                        Facsimile: 202-318-0242
                                        tdunlap@dglegal.com
                                        nkurtz@dglegal.com
                                        *Attorneys for the Plaintiff*